Order entered June 2, 2015



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01456-CV

### SLOAN CREEK II, L.L.C., Appellant

### V.

### THE STATE OF TEXAS AND
### NORTH TEXAS TOLLWAY AUTHORITY, Appellees

**On Appeal from the County Court at Law No. 6
Collin County, Texas
Trial Court Cause No. 006-3356-2008**

## ORDER

Appellant's unopposed motion for leave to file post-submission letter brief is **GRANTED**. We **ORDER** the letter brief tendered with appellant's motion filed as of the date of this order.

/s/    ROBERT M. FILLMORE
        PRESIDING JUSTICE